UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

RICHARD ROBERT HARRIS

        Defendant.

Case No.: 18-20484
Honorable Terrence G. Berg

---

| RAYMOND A. CASSAR (P36875) | MEGHAN BEAN (P80790) |
|---|---|
| LAW OFFICES OF RAYMOND A. CASSAR | US ATTORNEYS OFFICE |
| Attorney for Richard Harris | Assistant U.S. Attorney |
| 30445 Northwestern Hwy., Ste. 220 | 211 W. Fort Street |
| Farmington Hills, MI 48334 | Detroit, MI 48226 |
| (248) 855-0911 | (313) 226-9100 |

---

## ORDER STRIKING DEFENDANT'S REPLY TO RESPONSE ECF DOCKET #8

WHEREAS, a Motion to Strike Defendant's Reply to Response ECF Docket #8 having been filed and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Motion to Strike Defendant's Reply to Response ECF Docket #8 be stricken from the record.

        /s/Terrence G. Berg_____
        HONORABLE TERENCE G. BERG
        UNITED STATES DISTRICT JUDGE

Date: December 30, 2020